# United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                                                                     Case No. **9:13-bk-40256**

**Quevedo, Javier Gonzalez**                                                                   Chapter **13**

Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 200,000.00 | | |
| B - Personal Property | Yes | 5 | $ 3,240.61 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 590,558.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 672,848.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 5,573.73 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 3,377.29 |
| | TOTAL | 21 | $ 203,240.61 | $ 1,263,406.96 | |

**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:  Case No. **9:13-bk-40256**

**Quevedo, Javier Gonzalez**  Chapter **13**
Debtor(s)

# AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 5,573.73 |
| Average Expenses (from Schedule J, Line 22) | $ 3,377.29 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 7,583.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 390,558.68 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 672,848.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,063,406.96 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quevedo, Javier Gonzalez**            Case No. **9:13-bk-40256**
                          Debtor(s)                                                (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash** | | **0.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account x1285**<br>**PNC Bank** | | **389.61** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **1 Onkyo Stereo**<br>**Household Goods and Furnishings *see attached** | | **300.00**<br>**2,075.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | **1 Citizen Stainless Steel Watch** | | **25.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 Kayak**<br>**1 Mossberg Shotgun** | | **250.00**<br>**200.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Palm Beach Marine Construction, Inc.**<br>**51% Interest**<br>**(Debtor's accountant to provide valuation of business)** | **J** | **unknown** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quevedo, Javier Gonzalez**           Case No. **9:13-bk-40256**
                 Debtor(s)                                        (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Coastal Development International, LLC**<br>**50% Interest**<br>**- Dissolved 9/24/2010** | | 0.00 |
| | | **Eastern Coastal Development, LLC**<br>**50% Interest**<br>**Acquired: 2004**<br>**(Debtor's accountant to provide valuation of business)** | J | unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quevedo, Javier Gonzalez** _____  Case No. **9:13-bk-40256**
                                      Debtor(s)                                                            (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Dog -No value other than to Debtor** | | **1.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | **3,240.61** |

_____**0**_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE: Javier Quevedo    Case No. _____

Page 1 of 2

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)
ITEM 4 – Household Goods & Furnishings

Please fill in the quantity to the left of the appropriate item which is contained in your home. Blank lines are provided for items not listed at the end of each list. To the right of each item, please fill in the market value of each item. Use additional pages, if needed.

### LIVING ROOM

| Qty | Item | Value |
|---|---|---|
| 1 | Sofa | $50 |
|  | Armchair | $ |
| 1 | Loveseat | $50 |
| 1 | Cocktail Table | $25 |
| 1 | End Table | $25 |
|  | Picture | $ |
|  | Lamp | $ |
|  | Credenza | $ |
|  | Bookcase | $ |
|  | Desk | $ |
|  | Wall Unit | $ |
|  | Bar | $ |
|  | Piano | $ |
|  | Organ | $ |
|  | Drapes | $ |
|  | Recliner | $ |
|  | Painting | $ |
|  | Plant | $ |
|  | Total | $150 |

### KITCHEN

| Qty | Item | Value |
|---|---|---|
| 1 | Dinette Table & Chairs | $150 |
|  | Kitchen Clock | $ |
| 1 | Microwave | $50 |
| 1 | Toaster Oven | $25 |
| 1 | Dishwasher | $100 |
| 1 | Dishes, Pots/pans, Silverware, Etc. | $50 |
| 1 | Refrigerator | $150 |
| 1 | Stove | $100 |
|  | TV (Size ___) | $ |
|  | Total | $625 |

### FAMILY ROOM

| Qty | Item | Value |
|---|---|---|
|  | Sofa Bed | $ |
| 1 | Sofa | $100 |
|  | Chair | $ |
|  | Loveseat | $ |
|  | Coffee Table | $ |
|  | Cocktail Table | $ |
|  | Desk | $ |
|  | Lamp | $ |
|  | Bookcase | $ |
|  | Ent. Center | $ |
| 1 | Stereo | $200 |
| 1 | TV (Size 36") | $100 |
|  | Bridge Table & Chairs | $ |
|  | Painting | $ |
|  | Plant | $ |
|  | Recliner | $ |
|  | CD Player | $ |
|  | Telephone Answer Mach. | $ |
|  | Total | $400 |

### DINING ROOM

| Qty | Item | Value |
|---|---|---|
|  | Dining Table | $ |
|  | Dining Chair | $ |
|  | Étagère | $ |
|  | Buffet | $ |
|  | China Cabinet | $ |
|  | Picture | $ |
|  | Plant | $ |
|  | Armoire | $ |
|  | Total | $ |

### PATIO

| Qty | Item | Value |
|---|---|---|
|  | Patio Table | $ |
|  | Patio Chairs | $ |
|  | Umbrella | $ |
|  | Lounge | $ |
|  | Grill | $ |
|  | Total | $ |

### POOL AREA

| Qty | Item | Value |
|---|---|---|
|  | Lounge | $ |
|  | Chair | $ |
|  | Table | $ |
|  | Umbrella | $ |
|  | Pool Equip. | $ |
|  | Total | $ |

### MASTER BEDROOM

| Qty | Item | Value |
|---|---|---|
| 1 | King Size Mattress, Box Spring/Frame | $200 |
|  | Queen, Full or Twin Size Mattress, Box Spring/Frame (Circle One) | $ |
|  | Waterbed | $ |
| 1 | Headboard | $50 |
| 2 | Dresser | $50 |
|  | Night Table | $ |
|  | Lamp | $ |
|  | Vanity | $ |
|  | Chair | $ |
|  | Picture | $ |
|  | Footstool/chest | $ |
| 1 | TV (Size 35") | $100 |
| 1 | Bedspread, Pillow | $50 |
|  | VCR | $ |
|  | Total | $450 |

Total this page $1075

IN RE: Quevedo, Javier           Case No. _____

Page 2 of 2

### BEDROOM #2

| | | |
|---|---|---|
| ___ | King Size Mattress, Box Spring/Frame | $_____ |
| ___ | Queen, Full or Twin Size Mattress, Box Spring/Frame (Circle One) | $_____ |
| ___ | Waterbed | $_____ |
| ___ | Headboard | $_____ |
| 1 | Dresser | $ 50 |
| ___ | Night Table | $_____ |
| ___ | Lamp | $_____ |
| ___ | Vanity | $_____ |
| ___ | Chair | $_____ |
| ___ | Picture | $_____ |
| ___ | Footstool/chest | $_____ |
| ___ | TV (Size ___) | $_____ |
| ___ | Bedspread, Pillow | $_____ |
| ___ | VCR | $_____ |
| 1 | Crib | $ 100 |
| | | $_____ |
| | | $_____ |
| | Total | $ 150 |

### BEDROOM #3

| | | |
|---|---|---|
| ___ | King Size Mattress, Box Spring/Frame | $_____ |
| ___ | Queen, Full or Twin Size Mattress, Box Spring/Frame (Circle One) | $_____ |
| ___ | Waterbed | $_____ |
| ___ | Headboard | $_____ |
| ___ | Dresser | $_____ |
| ___ | Night Table | $_____ |
| ___ | Lamp | $_____ |
| ___ | Vanity | $_____ |
| ___ | Chair | $_____ |
| ___ | Picture | $_____ |

### Bedroom #3 (Cont.)

| | | |
|---|---|---|
| ___ | Footstool/chest | $_____ |
| ___ | TV (Size ___) | $_____ |
| ___ | Bedspread, Pillow | $_____ |
| ___ | VCR | $_____ |
| | Total | $_____ |

ITEMIZE ADDITIONAL BEDROOMS ON ADDITIONAL PAGE

### PATIO

| | | |
|---|---|---|
| 1 | Patio Table | $ 50 |
| 1 | Patio Chairs | $ 50 |
| ___ | Umbrella | $_____ |
| ___ | Lounge | $_____ |
| 1 | Grill | $ 50 |
| | Total | $ 150 |

### POOL AREA

| | | |
|---|---|---|
| ___ | Lounge | $_____ |
| ___ | Chair | $_____ |
| ___ | Table | $_____ |
| ___ | Umbrella | $_____ |
| ___ | Pool Equip. | $_____ |

### ITEMS NOT OTHERWISE LISTED:

| | | |
|---|---|---|
| 1 | Washer | $ 50 |
| 1 | Dryer | $ 50 |
| ___ | Freezer | $_____ |
| ___ | Compactor | $_____ |
| ___ | Microwave | $_____ |
| ___ | TV (Size ___) | $_____ |
| ___ | Window A/C | $_____ |
| ___ | A/C Compress. | $_____ |
| ___ | VCR | $_____ |
| ___ | Video Games, Tapes | $_____ |
| 1 | Vacuum Cleaner | $ 25 |
| ___ | Copy Machine | $_____ |
| ___ | Typewriter | $_____ |
| ___ | Telephone | $_____ |
| ___ | Wireless Telephone (Cellphone) | $_____ |
| ___ | Car Phone | $_____ |
| ___ | Fax Machine | $_____ |
| ___ | Computer | $_____ |
| ___ | Comp. Printer | $_____ |
| ___ | Comp. Scanner | $_____ |
| ___ | Baby Furniture, Toys, Playpen, Etc. | $_____ |
| ___ | Sewing Mach. | $_____ |
| ___ | Bicycle | $_____ |
| ___ | Hand Tools | $_____ |
| ___ | Antiques | $_____ |
| ___ | Musical Instruments | $_____ |
| 1 | Metal File Cabinet | $ 25 |
| ___ | Lawn Mower and Other Garden Equip. | $_____ |
| ___ | Public Warehouse Contents | $_____ |
| | Total | $ 150 |

Total this page $ 450
Plus Total from page 1 $ 1625
Item 4 Total $ 2075

Signature of Debtor _____    Date 11/4/2013

Signature of Co-Debtor _____    Date _____

IN RE **Quevedo, Javier Gonzalez** _____  Case No. **9:13-bk-40256**
                                              Debtor(s)                           (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☑ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at: 243 Gray Street, West Palm Beach, FL 33405** Lot 4, Block "A," SUBDIVISION OF TRACTS A AND B, REPLAT OF GLADEPORT, according to the Plat thereof, as recorded in Plat Book 18, Page 90, of the Public Records of Palm Beach County, Florida. Size: .20 Acres, Within a Municapility Acquired: 11/20/2005 | Art. X, §4(a)(1), FSA §§ 222.01, 222.02 | 200,000.00 | 200,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking Account x1285** PNC Bank | Art X § 4(a)(2) | 389.61 | 389.61 |
| **1 Onkyo Stereo** | Art X § 4(a)(2) | 135.39 | 300.00 |
| **1 Citizen Stainless Steel Watch** | Art X § 4(a)(2) | 25.00 | 25.00 |
| **1 Kayak** | Art X § 4(a)(2) | 250.00 | 250.00 |
| **1 Mossberg Shotgun** | Art X § 4(a)(2) | 200.00 | 200.00 |
| **1 Dog -No value other than to Debtor** | Art X § 4(a)(2) | 1.00 | 1.00 |

IN RE **Quevedo, Javier Gonzalez**   Case No. **9:13-bk-40256**

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quevedo, Javier Gonzalez**      Case No. **9:13-bk-40256**
         Debtor(s)          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A-1 Contracting Staff III, LLC**<br>**3829 Coconut Palm Drive**<br>**Tampa, FL 33619** | X | | **2013**<br>**Trade/Business Debt**<br>**Personal Guaranty on Business Agreement** | X | X | X | **29,088.63** |
| ACCOUNT NO.<br>**Gilbert M. Singer, Esq.**<br>**Marcadis Singer, PA**<br>**5104 West Shore Boulevard**<br>**Tampa, FL 33611-5650** | | | **Assignee or other notification for:**<br>**A-1 Contracting Staff III, LLC** | | | | |
| ACCOUNT NO.<br>**American Contractors Indemnity Company**<br>**C/O Thompson, Slagle, & Hannan, LLC**<br>**12000 Findley Road, Ste. 250**<br>**Duluth, GA 30097** | X | | **Trade/Business Debt- Breach of Contract of Surety Bond**<br>**- Litigation Dispute- See SOFA #4A** | X | X | X | **64,963.51** |
| ACCOUNT NO. **9637**<br>**American Express**<br>**Post Office Box 297871**
**Fort Lauderdale, FL 33329** | | | **Revolving Credit Card Charges**<br>**- Litigation Dispute, See SOFA #4A** | | | | **15,246.21** |

   **2** continuation sheets attached

Subtotal (Total of this page) $ **109,298.35**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Quevedo, Javier Gonzalez** _____   Case No. **9:13-bk-40256** _____
                    Debtor(s)                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cordoba & Associates, P.A.**<br>**1551 Sawgrass Corporate Parkway**<br>**Suite. 110**<br>**Sunrise, FL  33323** | | | **Assignee or other notification for:**<br>**American Express** | | | | |
| ACCOUNT NO.<br>**Bellsouth Telecommunications, Inc.**<br>**C/O Christopher J. Schuster, Esq.**<br>**6400 N. Andrews Ave., Ste. 500**<br>**Fort Lauderdale, FL  33309** | X | | **Trade/Business Debt**<br>**Telecommunication Services** | X | X | X | **1,500.00** |
| ACCOUNT NO. **1554**<br>**Cach LLC**<br>**4340 S. Monaco Street, Unit 2**<br>**Denver, CO  80237-3408** | | | **Revolving Credit Card Charges** | | | | **5,454.00** |
| ACCOUNT NO.<br>**Capital One Bank (USA) N.A.**<br>**15000 Capital One Drive**<br>**Richmond, VA  23238** | | | **Revolving Credit Card Charges**<br>**- Litigation Dispute, See SOFA #4A** | | | | **3,103.79** |
| ACCOUNT NO.<br>**Pollack & Rosen, P.A.**<br>**800 Douglas Road**<br>**Suite 450-North Tower**<br>**Coral Gables, FL  33134** | | | **Assignee or other notification for:**<br>**Capital One Bank (USA) N.A.** | | | | |
| ACCOUNT NO. **6600**<br>**Elan Financial Services**<br>**Post Office Box 790084**<br>**St. Louis, MO  63179** | | | **Revolving Credit Card Charges** | | | | **7,348.00** |
| ACCOUNT NO. **4633**<br>**HCC Surety**<br>**601 S Figuerora Street, Ste. 16**<br>**Los Angelos, CA  90017** | X | | **2009**<br>**Trade/Business Debt**<br>**Unsecured Bond** | X | X | X | **unknown** |

Sheet no. _____**1**_ of _____**2**_ continuation sheets attached to   Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims            (Total of this page)  $ **17,405.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quevedo, Javier Gonzalez** _____ Case No. **9:13-bk-40256**
                                Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0842**<br>**Portfolio Recovery Associates, LLC**<br>**C/O Pollack & Rosen, P.A.**<br>**806 Douglas Road, South Tower, Ste. 200**<br>**Coral Gables, FL  33134-3189** | | | **Revolving Credit Card Charges**<br>**- Litigation Dispute, See SOFA #4A**<br>**- Original Creditor: US Bank x2040** | | | | 7,158.08 |
| ACCOUNT NO.<br>**Sabine, LLC**<br>**2038 SW Balata Terrace**<br>**Palm City, FL  34990** | X | | **Utility Service** | | | | unknown |
| ACCOUNT NO.<br>**Suntrust Bank**<br>**C/O Rogers, Morris, & Ziegler**<br>**1401 E. Broward Blvd., #300**<br>**Fort Lauderdale, FL  33301** | X | | **Trade/Business Debt**<br>**Guarantor on Note for Business Property located at:**<br>**1410 Forsythe Road, West Palm Beach, FL 33405**<br>**- Litigation Dispute, See SOFA #4A**<br>**(Note No. 18 $183,217.09; Note No. 67 $98,473.11)** | X | X | X | 281,690.20 |
| ACCOUNT NO.<br>**Suntrust Bank**<br>**C/O Shutts & Bowen, LLP**<br>**300 South Orange Avenue, Ste. 1000**<br>**Orlando, FL  32801-5403** | | | **Vessel Deficiency**<br>**- Litigation Dispute, See SOFA #4A** | | | | 154,348.66 |
| ACCOUNT NO.<br>**Suretec Insurance Company**<br>**C/O Etcheverry Harrison, LLP**<br>**150 South Pine Island Road, Ste. 105**<br>**Fort Lauderdale, FL  33324** | X | | **Trade/Business Debt**<br>**- Litigation Dispute, See SOFA #4A** | X | X | X | 102,947.20 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                          Subtotal (Total of this page) $ **546,144.14**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **672,848.28**

**Fill in this information to identify your case:**

Debtor 1   **Javier Gonzalez Quevedo**
           First Name      Middle Name      Last Name

Debtor 2   _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Southern District of Florida

Case number  **9:13-bk-40256**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses     12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and    ☑ Yes. Fill out this information for each dependent.........
   Debtor 2.
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Daughter** | **2** | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $_____0.00_____

   If not included in line 4:

   4a.  Real estate taxes                                         4a. $_____0.00_____
   4b.  Property, homeowner's, or renter's insurance              4b. $_____0.00_____
   4c.  Home maintenance, repair, and upkeep expenses             4c. $_____200.00_____
   4d.  Homeowner's association or condominium dues               4d. $_____0.00_____

Official Form 6J                          Schedule J: Your Expenses                          page 1

Debtor 1    **Javier Gonzalez Quevedo**    Case number (*if known*) 9:13-bk-40256
          *First Name*  *Middle Name*  *Last Name*

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $ **0.00**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas    6a. $ **224.02**
   - 6b. Water, sewer, garbage collection    6b. $ **190.27**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ **153.00**
   - 6d. Other. Specify: _____    6d. $ **0.00**

7. **Food and housekeeping supplies**    7. $ **800.00**
8. **Childcare and children's education costs**    8. $ **0.00**
9. **Clothing, laundry, and dry cleaning**    9. $ **200.00**
10. **Personal care products and services**    10. $ **150.00**
11. **Medical and dental expenses**    11. $ **400.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12. $ **200.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ **400.00**
14. **Charitable contributions and religious donations**    14. $ **0.00**

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance    15a. $ **0.00**
    - 15b. Health insurance    15b. $ **400.00**
    - 15c. Vehicle insurance    15c. $ **0.00**
    - 15d. Other insurance. Specify:_____    15d. $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16. $ **0.00**

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1    17a. $ **0.00**
    - 17b. Car payments for Vehicle 2    17b. $ **0.00**
    - 17c. Other. Specify:_____    17c. $ **0.00**
    - 17d. Other. Specify:_____    17d. $ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**    18. $ **0.00**

19. **Other payments you make to support others who do not live with you.**
    Specify:_____    19. $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property    20a. $ **0.00**
    - 20b. Real estate taxes    20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance    20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses    20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues    20e. $ **0.00**

Debtor 1 __**Javier Gonzalez Quevedo**_____   Case number (*if known*) __9:13-bk-40256_____
            First Name   Middle Name   Last Name

21. **Other**. Specify: __Diapers & Wipes_____   21. +$_____60.00_____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                          22.  $_____3,377.29_____

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.   23a. $_____5,573.73_____

    23b. Copy your monthly expenses from line 22 above.           23b. − $_____3,377.29_____

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.                 23c. $_____2,196.44_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.  **See Continuation Sheet**

Official Form 6J                    **Schedule J: Your Expenses**                    page **3**

IN RE **Quevedo, Javier Gonzalez**        Case No. **9:13-bk-40256**
Debtor(s)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Debtor's expenses to increase as he and his domestic partner are expecting another child.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Quevedo, Javier Gonzalez** _____   Case No. **9:13-bk-40256**_____
                                   Debtor(s)                                                                                    (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March 16, 2014**_____   Signature: _***/s/ Javier Gonzalez Quevedo***_____
                                              **Javier Gonzalez Quevedo**                                     Debtor

Date: _____   Signature: _____
                                                                                                          (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only